**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**                                                             **PLAINTIFF**

**V.**                           **CASE NO. 4:08CV3127**

**ROCK-TENN COMPANY**                                        **DEFENDANT**

**AGREED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 34, defendant has requested the medical records of Cynthia Brown and members of the class of females. Given the sensitive and confidential nature of the records sought, the parties, by and through their respective counsel, submit to the court their agreement that:

1. All medical records and mental health records obtained by Defendant are confidential documents and shall be maintained as strictly confidential records under protective order.

2. Any records covered by this protective order shall be used only for the strict purposes of this pending litigation, as may be appealed.

3. Any records covered by this protective order may be divulged only to the attorneys of record for the parties (and their staff and agents where necessary), the parties to this action, potential or actual witnesses, or the Court.

4. All persons having access to or shown documents protected by this order shall be advised by counsel of this order and its meaning and purpose, and shall agree to be bound thereto.

5. Copying of the confidential medical records or mental health records will be strictly limited to

   a. Copies used as exhibits attached to depositions, motions or other court filings; and

   b. Necessary copies of the confidential records used as an exhibit at trial.

6. The parties further agree that any and all copies of the records specified herein shall be returned to the producing party or destroyed at the conclusion of this pending litigation.

7. Counsel, by their signatures below, expressly affirm that they have advised their respective clients of the obligations imposed by the terms of this Agreed Protective Order.

This Order will take effect when entered and will be binding upon the counsel who signed below and their respective law firms and their respective clients.

WHEREAS, the parties have stipulated that any confidential medical records or mental health records obtained in this litigation are and should be treated as confidential and have agreed to the terms of this order, it is hereby

IT IS SO ORDERED this 14th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

2

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
|---|---|
| **P. DAVID LOPEZ** | |
| General Counsel | |
| **JAMES LEE** | |
| Deputy General Counsel | |
| | /s/: Clifford M. Weiss |
| **GWENDOLYN YOUNG REAMS** | **CLIFFORD M. WEISS** |
| Associate General Counsel | FOX AND WEISS PA |
| | 541 Village Trace |
| | Building 11A, Ste. 201 |
| /s/: Faye A. Williams | Marietta, Georgia  30067 |
| **FAYE A. WILLIAMS** | Telephone 770-951-1234 |
| Regional Attorney | cmweiss@foxweiss.com |

EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Memphis District Office
1407 Union Avenue, Suite 901
Memphis, TN  38104
(901) 544-0088

/s/: William A. Cash, Jr.
**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney

/s/: Pamela B. Dixon
**PAMELA B. DIXON**
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
Little Rock Area Office
820 Louisiana, Suite 200
Little Rock, Arkansas 72201
Telephone:  (501) 324-5065
william.cash@eeoc.gov
pamela.dixon@eeoc.gov