**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**                                                                  **PLAINTIFF**

**v.**                            **CASE NO. 4:08-cv-03127 BSM**

**ROCK-TENN COMPANY**                                                      **DEFENDANT**

<u>**ORDER OF DISMISSAL**</u>

The parties state that this case has settled. Pursuant to the settlement, this case is

dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2011.


—————————————————————
UNITED STATES DISTRICT JUDGE