UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                    PLAINTIFF

v.                              CASE NO. 4:08-cv-03127 BSM

ROCK-TENN COMPANY                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE